NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCO MANUEL TORRES,                )
                                    )
            Petitioner,             )
                                    )
v.                                  )        Case No. 2D17-2739
                                    )
CRAIG LATIMER, HILLSBOROUGH         )
COUNTY SUPERVISOR OF                )
ELECTIONS,                          )
                                    )
            Respondent.             )
_____)

Opinion filed March 23, 2018.

Petition for Writ of Certiorari to the
Circuit Court for the Thirteenth Judicial
Circuit for Hillsborough County; sitting
in its appellate capacity.

Marco Manuel Torres, pro se.

Louis Whitehead, III, Senior Assistant
County Attorney, Tampa, for
Respondent.


PER CURIAM.


            Denied.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.